IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. TUCKER,<br><br>    Petitioner,<br><br>    vs.<br><br>STUART RYAN, WARDEN,<br><br>    Respondent. | CASE NO. CV-F-04-5662 OWW DLB HC<br><br>ORDER DISREGARDING PETITIONER'S MOTION ENTITLED "MOTION OF COMPLIANCE, RULE 5, TRAVERSE"<br><br>[Doc. 39] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition for writ of habeas corpus on May 3, 2004. Respondent filed an answer to the petition on December 30, 2004, and Petitioner filed a traverse on March 21, 2005. Thus, the case is now ready for review on the merits.

    On June 21, 2005, Petitioner filed a motion entitled "Motion of Compliance, Rule 5, Traverse." In the motion, Petitioner contends that he attempted to mail his traverse to this Court on January 31, 2005, however, he subsequently discovered that it was not mailed by prison officials. Petitioner contends that prison officials are tampering with his legal mail and documents.

    Petitioner is advised that this Court received his traverse on March 21, 2005, which was dated January 31, 2005. Thus, the concerns expressed by Petitioner in relation to this case are unfounded and the motion will be DISREGARDED.

To the extent Petitioner further wishes to raise his claims regarding prison officials tampering with his legal mail, he may file a civil rights action pursuant to 42 U.S.C. § 1983, as it deals with the conditions of his confinement, which is not cognizable in § 2254.

Based on the foregoing, is it HEREBY ORDERED that Petitioner's motion is DISREGARDED.

IT IS SO ORDERED.

**Dated:** **July 7, 2005**                               /s/ Dennis L. Beck
3b142a                                                        UNITED STATES MAGISTRATE JUDGE