IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. TUCKER,<br><br>             Petitioner,<br><br>    vs.<br><br>STUART RYAN, WARDEN,<br><br>             Respondent. | CASE NO. CV-F-04-5662 OWW DLB HC<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR ORDER TO COMPEL C.D.C. STAFF TO RETURN HIS LEGAL PROPERTY, AS MOOT<br><br>[Doc. 32] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 2, 2005, Petitioner filed a motion to compel C.D.C. staff to return his legal property to him. In the motion, Petitioner requests an order compelling the return of his property in order for him to file a traverse in the instant action.

A review of the docket in this case indicates that Petitioner filed a traverse in this action on March 21, 2005, and the case is now ready for review on the merits.[1] Thus, Petitioner's motion for the return of his legal property in order for him to file a traverse is now moot.

///

///

---

[1] The Court notes that the petition will be reviewed in the order it was filed and Petitioner should keep the Court appraised of any change in address to ensure that once a decision is rendered it will be properly served upon him.

1

1  Based on the foregoing, it is HEREBY ORDERED that Petitioner's motion for an order to
2  compel C.D.C. staff to return his legal property, is DENIED as MOOT.
3  IT IS SO ORDERED.

4  **Dated:    July 13, 2005**                      **/s/ Dennis L. Beck**
   3b142a                                          UNITED STATES MAGISTRATE JUDGE