1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

GERALD L. TUCKER,                         CV F   04-5662 OWW DLB HC

10
                        Petitioner,         ORDER ADOPTING FINDINGS AND
11                                          RECOMMENDATIONS, DENYING
          v.                                AMENDED PETITION FOR WRIT OF
12                                          HABEAS CORPUS

13    STUART RYAN, WARDEN,                  [Doc. 45]

14                        Respondent.
                                          /
15

16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17    pursuant to 28 U.S.C. § 2254.

18        On November 9, 2005, the Magistrate Judge issued Findings and Recommendation that

19    the Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was

20    served on all parties and contained notice that any objections were to be filed within thirty (30)

21    days of the date of service of the order.

22        On December 12, 2005, Petitioner filed timely objections to the Findings and

23    Recommendation.

24        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

25    a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's

26    objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

27    supported by the record and proper analysis.  Petitioner's objections present no grounds for

28    questioning the Magistrate Judge's analysis.

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.      The Findings and Recommendations issued November 9, 2005, is ADOPTED IN

3              FULL;

4      2.      The Amended Petition for Writ of Habeas Corpus is DENIED; and

5      3.      The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent;
               thus, terminating this action. IT IS SO ORDERED.

6
**Dated:    March 28, 2006**                          **/s/ Oliver W. Wanger**
7      emm0d6                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2