# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. TUCKER,<br><br>    Petitioner,<br><br>    v.<br><br>STUART RYAN, WARDEN,<br><br>    Respondent.<br>_____/ | CV F   04-5662 OWW DLB HC<br>Appeal No. 06-15826<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE CERTIFICATE OF APPEALABILITY AND MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>[Doc. 51, 54] |

On March 29, 2006, the Court denied Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and judgment was entered in favor of Respondent on the same date.

On April 12, 2006, Petitioner filed a notice of appeal.  Although no express request was made for a certificate of appealability, the Court construed the notice of appeal as a request for a certificate (see Fed. R.App. P. 22(b); United States v. Asrar, 108 F.3d 217, 218 (9th  Cir. 1997)), and denied the request on April 21, 2006.  (Court Doc. 52.)

On April 17, 2006, Petitioner filed a motion for extension of time to file a motion for a certificate of appealability and, on May 4, 2006, Petitioner filed a motion for a certificate of appealability.  (Court Docs. 51, 54.)

As the Court has previously issued an order denying Petitioner's implied request for a certificate of appealability, it is HEREBY ORDERED that:

    1.    Petitioner's motion for an extension of time to file a request for a certificate of appealability and Petitioner's motion for a certificate of appealability, are

1

1       DISREGARDED; and

2   2.   The Clerk of Court is directed to serve a copy of this order on the United States

3       Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:**   **May 24, 2006**           **/s/ Oliver W. Wanger**
emm0d6                          UNITED STATES DISTRICT JUDGE